IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SQUIRES GOLF CLUB | : | CIVIL ACTION |
| v. | : | |
| BANK OF AMERICA | : | NO. 10-6734 |

## ORDER

AND NOW, this 13th day of January, 2011:

1. Plaintiff's motion to remand is DENIED.

2. Defendant's motion for sanctions is GRANTED. On or before January 28, 2011, defendant shall file and serve the necessary support for its motion. On or before February 11, 2011, plaintiff may respond to defendant's filing.

                                                *s/Thomas N. O'Neill, Jr.*
                                                THOMAS N. O'NEILL, JR., J.